**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BETH ANN WOOD,**

        **Plaintiff,**

-vs-                                                      Case No.  6:06-cv-594-Orl-22KRS

**BEURET ENTERPRISES, INC., d/b/a:**
**Maison & Jardin Restaurant,**

        **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

        The Court has been advised by the parties that the above-styled action has been completely settled following a settlement conference conducted by the undersigned Magistrate Judge.  The terms of the settlement were stated on the record at the conclusion of the settlement conference and agreed to by all parties.  Pursuant to the agreement of the parties, I recommend that the Court direct the Clerk of Court to enter a final judgment dismissing the case with prejudice, pursuant to the agreement of the parties, and thereafter to close the file.

        Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

        Recommended in Orlando, Florida on February 14, 2007.

                                                                *Karla R. Spaulding*
                                                                 KARLA R. SPAULDING
                                                           UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy