# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BETH ANN WOOD,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-594-Orl-22KRS**

**BEURET ENTERPRISES, INC., d/b/a:**
**Maison & Jardin Restaurant,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 36) filed on February 14, 2007.

The United States Magistrate Judge has submitted a Report recommending that the Clerk be directed to enter a final judgment dismissing the case with prejudice, pursuant to the agreement of the parties, and to close the file.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 14, 2007 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Clerk is directed to enter a Final Judgment dismissing the case with prejudice.

3. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 5, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Beth Ann Wood, *pro se*